### File Hashes for IP Address 69.140.61.114

**ISP:** Comcast Cable
**Physical Location:** Gaithersburg, MD

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/27/2014 14:56:54 | A2DFCE32697C76637EDDA819063B4B7828AF8BD1 | Hot Bath For Two |
| 09/27/2014 14:51:11 | 56F009920A96C14E87FFB6D145299E1C8B9621BC | Cat Fight |
| 09/20/2014 16:15:51 | 4E185C5963B4B5D30D416714F03CAFE5C6940EF6 | Shes A Spinner |
| 08/23/2014 14:54:12 | 60BA128E4F7F3420672D6A4D6877F69FCDC9FD7D | Elevated Erotica |
| 08/16/2014 13:06:35 | 591B381790E22EB03ED902F26096B81507F1AE5B | Thunderstorm Love |
| 08/16/2014 13:00:28 | C7924703D257F718D5FB25A12368061D22180D64 | A Dream Of You |
| 08/09/2014 16:55:34 | BC35705D3527FDAFDA9E507F23FB13A65AD77BCE | Carry Me Home |
| 08/09/2014 16:52:32 | AA57AEB277C43D36C252023EA5466B277C607F4C | Paint Me Beautiful |
| 08/09/2014 16:48:59 | E1F008287234F97A374A065FCD14D3643265818C | Any And All For You |
| 08/09/2014 16:44:59 | 31FE40FA45CAED47F82A12DAA66D1DA278106C6E | Breakfast At Eves |
| 07/20/2014 21:00:14 | 5D0E7C491691A03B26C1EB8B84FF2D104FEE595A | Summertime Lunch |
| 07/20/2014 20:59:00 | 4D22A6A2722EF5D09622B6CA066EAE74F47BBC2E | Yours Forever |
| 07/20/2014 20:58:13 | FD3504637BFDCCEE80DC7F58A21BACC0D5454DF1 | Rock Me Baby |
| 07/12/2014 15:05:52 | 6A9A730C669095B31C3A2E580F6C85D1FC726116 | Just Watch Part 2 |
| 06/14/2014 14:01:44 | 50C38080FD5842EDC9F0831321A63F8BC529C3D2 | Enjoy My Backdoor |
| 06/08/2014 15:19:57 | AED07747362E4BF47AA4E3C46F77D249944C7EC3 | Epic Love |
| 06/08/2014 15:12:23 | E703EE3570813D5D4DBF6DA7AB2167535B96A2D1 | Blindfold Me Baby |
| 06/08/2014 15:04:37 | EF77AFDB8D39846F4512C907C937BB7AB7CDC38B | Meet My Lover From Austria |
| 05/09/2014 22:43:31 | 06A3F486448EA833F605247B0089D3A7DF7A49C5 | Perfect Timing |
| 05/09/2014 22:36:33 | 4AF9EF376F6AE4A37D4628F31D6E32014792E745 | Brazilian Love Affair |
| 04/11/2014 23:33:37 | BD97F008139519F25153E466EA5A05BCC066EA65 | And Then There Was You |
| 04/09/2014 23:07:03 | 3C0093CF04C0AD5C9E74F48D2137D58203C9E3FB | My Days in Rome |

EXHIBIT A

MD341

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/09/2014 00:39:31 | 675A6F3916EC27088127612C14DBD95162E39003 | Russian Connection |
| 04/09/2014 00:38:08 | 4F8309110D236F5A477F4FD603D4628D8F7E97D2 | Zeppelin on Fire |
| 04/09/2014 00:18:21 | 96AFADB3785BE4D7DBEF1DAD022D1B543503D61B | Floating Emotions |
| 03/27/2014 02:13:46 | 7E4CC920C7315DF65518F0BEAD66B35F8CF86586 | Deep Blue Passion |
| 03/27/2014 02:00:39 | D3776E60908EA6DFB5B343ADC9220869A29DC591 | Sweet Surrender |
| 03/19/2014 19:03:50 | 75CBF0E137A8990738C17B61DC0C01213C9E0FD1 | Trophy Wife |
| 03/18/2014 23:54:42 | 88DEF7B304D78BEAE53B26E4FBEA6EC6604A80CB | All Oiled Up |
| 03/18/2014 23:44:10 | 23373F3D00805D5DFA2B74D1325727315655A21A | Remembering Strawberry Wine |
| 03/18/2014 23:43:20 | 91036C2FECD6D1F09CBC9B5D937B570C5B42B0CE | Sweet Dreamers |
| 03/02/2014 12:11:04 | 730D480A28A1F86783928945D7FE83D129597E9F | Go Fish |
| 03/02/2014 05:33:03 | C0EA4B1EA88C1C545522E99A428B0545BB526DE7 | Pretty Little Belle |
| 03/02/2014 05:20:31 | 0249D6FD16194BB788C12444EA476DA461008237 | Feeling Frisky |
| 03/02/2014 05:14:38 | 741BA9E1525E26134ADEDF81AA1350A6470ADCBC | At Home With Tiffany |
| 03/02/2014 05:09:36 | 5BA0C4A03741094A3BE335043A83F71EDDB53252 | Morning Meditation |
| 03/02/2014 05:09:15 | E9A39584D9A9F7078807A4B5DFD0590987D5F8D5 | I Am In the Mood |

**Total Statutory Claims Against Defendant: 37**

EXHIBIT A

MD341