**Copyrights-In-Suit for IP Address 69.140.61.114**

**ISP:** Comcast Cable
**Location:** Gaithersburg, MD

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Dream Of You | PA0001909516 | 08/15/2014 | 08/26/2014 | 08/16/2014 |
| All Oiled Up | PA0001885187 | 03/15/2014 | 03/24/2014 | 03/18/2014 |
| And Then There Was You | PA0001874615 | 12/31/2013 | 01/05/2014 | 04/11/2014 |
| Any And All For You | PA0001908677 | 08/02/2014 | 08/11/2014 | 08/09/2014 |
| At Home With Tiffany | PA0001880496 | 02/17/2014 | 02/21/2014 | 03/02/2014 |
| Blindfold Me Baby | PA0001902971 | 05/30/2014 | 06/06/2014 | 06/08/2014 |
| Brazilian Love Affair | PA0001895095 | 05/03/2014 | 05/12/2014 | 05/09/2014 |
| Breakfast At Eves | PA0001909480 | 08/06/2014 | 08/26/2014 | 08/09/2014 |
| Carry Me Home | PA0001908452 | 07/29/2014 | 08/04/2014 | 08/09/2014 |
| Cat Fight | PA0001916043 | 09/26/2014 | 10/06/2014 | 09/27/2014 |
| Deep Blue Passion | PA0001885168 | 03/21/2014 | 03/24/2014 | 03/27/2014 |
| Elevated Erotica | PA0001909513 | 08/17/2014 | 08/26/2014 | 08/23/2014 |
| Enjoy My Backdoor | PA0001904149 | 06/13/2014 | 06/19/2014 | 06/14/2014 |
| Epic Love | PA0001898091 | 05/25/2014 | 06/06/2014 | 06/08/2014 |
| Feeling Frisky | PA0001880671 | 02/22/2014 | 02/27/2014 | 03/02/2014 |
| Floating Emotions | PA0001887126 | 04/05/2014 | 04/07/2014 | 04/09/2014 |
| Go Fish | PA0001880469 | 02/13/2014 | 02/21/2014 | 03/02/2014 |
| Hot Bath For Two | PA0001914734 | 09/20/2014 | 09/22/2014 | 09/27/2014 |
| I Am In the Mood | PA0001880672 | 02/25/2014 | 02/27/2014 | 03/02/2014 |
| Just Watch Part 2 | PA0001902964 | 05/27/2014 | 06/06/2014 | 07/12/2014 |
| Meet My Lover From Austria | PA0001898094 | 05/17/2014 | 06/06/2014 | 06/08/2014 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Morning Meditation | PA0001882650 | 02/27/2014 | 03/06/2014 | 03/02/2014 |
| My Days in Rome | PA0001886187 | 03/28/2014 | 04/02/2014 | 04/09/2014 |
| Paint Me Beautiful | PA0001908674 | 08/04/2014 | 08/11/2014 | 08/09/2014 |
| Perfect Timing | PA0001895848 | 05/07/2014 | 05/16/2014 | 05/09/2014 |
| Pretty Little Belle | PA0001878425 | 02/09/2014 | 02/13/2014 | 03/02/2014 |
| Remembering Strawberry Wine | PA0001885184 | 03/11/2014 | 03/24/2014 | 03/18/2014 |
| Rock Me Baby | PA0001907592 | 07/19/2014 | 07/25/2014 | 07/20/2014 |
| Russian Connection | PA0001886189 | 03/30/2014 | 04/02/2014 | 04/09/2014 |
| Shes A Spinner | PA0001914521 | 09/03/2014 | 09/17/2014 | 09/20/2014 |
| Summertime Lunch | PA0001907078 | 07/11/2014 | 07/25/2014 | 07/20/2014 |
| Sweet Dreamers | PA0001883771 | 03/09/2014 | 03/24/2014 | 03/18/2014 |
| Sweet Surrender | PA0001884861 | 03/23/2014 | 03/26/2014 | 03/27/2014 |
| Thunderstorm Love | PA0001909507 | 08/13/2014 | 08/26/2014 | 08/16/2014 |
| Trophy Wife | PA0001883767 | 03/05/2014 | 03/22/2014 | 03/19/2014 |
| Yours Forever | PA0001907573 | 07/15/2014 | 07/25/2014 | 07/20/2014 |
| Zeppelin on Fire | PA0001874614 | 01/04/2014 | 01/05/2014 | 04/09/2014 |

**Total Malibu Media, LLC Copyrights Infringed:  37**